UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIMOTHY J. BARRY,           )<br>                             )<br>         Petitioner,          )<br>                             )<br>    v.                       )<br>                             )<br> HAROLD CLARK,               )<br>                             )<br>         Respondent.         )<br>                             ) | Civil Action No. 16-cv-1147-ADB |

### **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, please enter the appearance of Ryan E. Ferch as counsel for Respondent.

                                              Respectfully submitted,

                                              MAURA HEALEY
                                              ATTORNEY GENERAL

                                              /s/ *Ryan E. Ferch*
                                              Ryan E. Ferch (BBO No. 670151)
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts  02108
                                              (617) 727-2200, ext. 2842
                                              ryan.ferch@state.ma.us

Dated: September 7, 2016

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon petitioner, at the address below on September 7, 2016, by directing that a copy be deposited in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows:

Timothy J. Barry
71076
NH State Prison
P.O. Box 14
Concord, NH 03302-0014

                                            /s/ *Ryan E. Ferch*
                                            Ryan E. Ferch
                                            Assistant Attorney General